# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Revocation of Probation or Supervised Release) |
| CHRISTIAN L. DAVIS | Case Number: 8:05-cr-3-T-26MAP |
|  | USM Number: 42681-018 |

_Mary Mills (AFPD)_
Defendant's Attorney

## THE DEFENDANT:

__X__ plead guilt to violation of charge number(s) __2__ of the term of supervision in State Court and this court makes no findings as to violations number(s) 3 & 4.

__X__ was found in violation of charge number(s) __One__ after denial of guilt.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1. | Conspiracy to Traffic in Drugs 14 to 28 grams | October 16, 2009 |
| 2. | Possession of a Controlled substance | October 16, 2009 |
| 3. | Failure to notify probation officer within 72 hours after being arrested | October 19, 2009 |
| 4. | Untruthful written monthly reports | August 20, 2009 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

_____ The defendant has not violated charge number(s) _____ and is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

_February 12, 2010_
Date of Imposition of Judgment

RICHARD A. LAZZARA
UNITED STATES DISTRICT JUDGE

Dated: February 12, 2010

Defendant: CHRISTIAN L. DAVIS    Judgment - Page 2 of 2
Case No.: 8:05-cr-3-T-26MAP

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **EIGHTEEN (18) MONTHS** as to Violation Number One.

__X__ The Court makes the following recommendations to the Bureau of Prisons: A FCI located in Coleman, Florida.

__X__ The defendant is remanded to the custody of the United States Marshal.

_____ The defendant shall surrender to the United States Marshal for this district:

_____ at _____ a.m. p.m. on _____.

_____ as notified by the United States Marshal.

_____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

_____ before 2 p.m. on _____.

_____ as notified by the United States Marshal.

_____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By_____
DEPUTY UNITED STATES MARSHAL